## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia Kennedy

                                     Plaintiff,

v.                                                                     Case No.: 1:20−cv−01698
                                                                                 Honorable Thomas M. Durkin

Chicago Title Land Trust Company

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2020:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 9/22/2020 regarding motion to amend complaint [35], [34]. Motion to amend complaint is granted. Plaintiff is to file the amended complaint as a separate entry on the docket. Motion to dismiss [28] is granted without prejudice. Defendant Chicago Title Land Trust Company is dismissed. Telephone status hearing is set for 11/23/2020 at 9:00 a.m. To join the telephone status hearing, dial 877−402−9757, Access Code 4410831. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.